℅JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    Category No. __II__    Investigating Agency __Homeland Security__

City __Great Barrington__    **Related Case Information:**

County __Berkshire__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number __3:13-mj-03067-KAR__
Search Warrant Case Number __3:13-mj-03067-KAR__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Emil Kaufman__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) __1450 Maiden Lane, Yorktown Heights, NY 10598__

Birth date (Yr only): __1991__   SSN (last4#): ____   Sex __M__   Race: __W__   Nationality: __USA__

Defense Counsel if known: __George Kelly__    Address __930 Main Street, Springfield, MA 01103__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Kevin O'Regan__    Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date __06/26/2013__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: __MJ Kenneth Neiman__ on _____

**Charging Document:** ☐ Complaint ☑ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☐ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __08/28/2018__    Signature of AUSA: _/s/ Kevin O'Regan_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Emil Kaufman

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 2252(a)(4)(B) | Possession of Child Pornography | 1 |
| Set 2  18 USC 2253 | Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____